No. 212, Misc. SULLIVAN *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. Petitioner *pro se. Leo Kaplowitz* and *Ralph de Vita* for respondent.

No. 278, Misc. BRYANT *v.* FAY, WARDEN. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Frederick E. Weeks, Jr.,* Assistant Attorney General, for respondent.

No. 279, Misc. AMARAL *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 287, Misc. MILLER *v.* CALIFORNIA ET AL. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondents.

No. 293, Misc. BEASLEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *William E. Gray* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Hawthorne Phillips, T. B. Wright, Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 297, Misc. CONOVER *v.* HEROLD, STATE HOSPITAL DIRECTOR. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Frank J. Pannizzo,* Assistant Attorney General, for respondent.